UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 1 7 2007 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of _United States_        Case _07 CR 794_

_George Konjuch, Armando Navarrete, Navarrete Industries, Inc., dba Integrated Security Solutions and INS_

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

_Armando Navarrete and Navarrete Industries, Inc. dba Integrated Security Solutions and INS_

| | |
|---|---|
| SIGNATURE | s/ _Jemma B. Dixon_ |
| FIRM | _Law Offices of Jemma B. Dixon_ |
| STREET ADDRESS | _222 N. La Salle St. #2160_ |
| CITY/STATE/ZIP | _Chicago, Illinois 60601_ |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) _6271780_ | TELEPHONE NUMBER _(312) 658-0100_ |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [X]    APPOINTED COUNSEL [ ] |