UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
1-18-2008
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of *United States of America* Case *07 CR 794*

*George Konjuch, Armando Navarrete and Navarrete Industries, Inc. d.b.a. "Integrated Security Solutions" and "ISS"*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Armando Navarrete*
*Navarrete Industries, Inc.*
*d.b.a. "Integrated Security Solutions"*
*and "ISS"*

| | |
|---|---|
| SIGNATURE | *Emma B. Dixon* |
| FIRM | *Law Offices of Emma B. Dixon* |
| STREET ADDRESS | *222 N. LaSalle St, Suite 2160* |
| CITY/STATE/ZIP | *Chicago, Illinois 60601* |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| *6271780* | *(312) 658-0100* |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐