# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. Navarrete, Navarrete Ind. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Jury trial set for 11/10/08 at 9:45 AM. Pretrial conference reset to 11/6/08 at 4:00 PM. Defendant Navarrete is to appear at pretrial conference date. Ordered time excluded from 8/21/08 through 11/6/08, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

■[ For further details see text below.]      Docketing to mail notices.

00:10

## STATEMENT

Motions in limine, and government's proposed voir dire questions, statement of the case to read to the jury venire, list of witnesses, and jury instructions, are to be filed by 10/20/08. Responses to motions in limine, and defendants' proposed voir dire questions, statement of the case, list of witnesses, and jury instructions, are to be filed by 10/27/08. Government's expert disclosures due 10/3/08, and defendant's by 10/17/08.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Order Form (01/2005)     Case 1:07-cr-00794    Document 46    Filed 08/21/2008    Page 1 of 1

07CR794 USA vs. Navarrete, Navarrete Ind.      Page 1 of 1